# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re: **Dan Adrian Nicolau**, Debtor(s)

Case No. **2:20-bk-50161**
Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule B**

**Debtor overlooked two pre-payments he made prior to filing and a trust he created and is the beneficiary of that holds gun parts as assets.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **February 21, 2020**

/s/ Dean Greer BPR
**Dean Greer BPR 009976**
Attorney for Debtor(s)
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**