# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Dan Adrian Nicolau**  
Debtor(s)

Case No. **2:20-bk-50161**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 21, 2020**, a copy of **Notice of Amendment and Amended Schedule B** was served electronically by ECF to the U.S. Trustee and Stephen Duncan Chapter 7 Trustee; and by United States mail, first class, postage prepaid, to all interested parties and creditors as listed below.

-NONE-

/s/ Dean Greer BPR  
**Dean Greer BPR 009976**  
**Dean Greer & Associates**  
**2809 East Center Street**  
**P. O. Box 3708**  
**Kingsport, TN 37664**  
**423-246-1988**  
**bankruptcy@deangreer.com**